IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOONHYEOK KOOK, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-3491 |
| | § | |
| TRAVELERS HOME AND MARINE | § | |
| INSURANCE COMPANY | § | |
|     Defendant | § | |

## NOTICE OF REMOVAL

Defendant Travelers Home and Marine Insurance Company ("Travelers"), pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the captioned action Cause Number 2019-59634; *Soonhyeok Kook v. Travelers Home and Marine Insurance Company;* In the 129th Judicial District Court of Harris County, Texas. In support of this Notice of Removal, Travelers respectfully represents the following:

1. Soonhyeok Kook ("Kook" or "Plaintiff") commenced the captioned action by filing an Original Petition on August 24, 2019, in the 129th Judicial District Court of Harris County, Texas (the "Petition").[1] Travelers was served on August 30, 2019.

2. Together with this Notice of Removal, Travelers is filing certified copies of all process, pleadings, orders, and the docket sheet from the 129th Judicial District Court of Harris County.

3. Plaintiff is an individual residing in Harris County, Texas. The Petition alleges that Travelers is "an insurance company doing business in the State of Texas."[2] In fact, Travelers is a

---

[1] *See,* Exhibit "A," attached hereto and incorporated herein by reference as if set forth verbatim, that being a true and correct copy of Plaintiffs' Original Petition in Cause No. 2019-59634; *Soonhyeok Kook v. Travelers Home and Marine Insurance Company;* In the 129th Judicial District Court of Harris County, Texas.
[2] *See,* Petition at p. 3, ¶¶ 4 & 5.

corporation organized under the laws of the State of Connecticut whose principal place of business is in the state of Connecticut.

4.      In the Petition, Plaintiff claims that "Kook is a named insured under a property insurance policy issued by Travelers . . . ."[3] Plaintiff is the owner of a homeowners insurance policy (hereinafter referred to as 'the Policy'), which was issued by Defendant Travelers.  Plaintiff owns the insured property, which is specifically located at 9073 Briar Forest Drive, Houston, Texas 77024 (hereinafter referred to as 'the Property')."[4]  Further, in their Petition, Plaintiff contends that "On August 28, 2017, Hurricane Harvey hit . . . . The impact of this storm caused roof and interior damage to Plaintiff's property."[5]  Also, Plaintiff contends that he "filed a claim on his insurance policy."[6]  Plaintiff asserts that "Defendant improperly denied and/or underpaid the claim."[7]

5.      Plaintiff contends that Travelers "conducted a substandard investigation and inspection of the property, prepared a report, which did not include all of the damages. . . and undervalued the damages. . . ."[8] and "performed an outcome-oriented investigation. . . ."[9]  Further, Plaintiff alleges that Travelers breached its contract;[10] failed to follow the statutory guidelines to accept or deny coverage;[11] misrepresented a material fact or policy provision;[12] failed to make an attempt to settle Plaintiffs' claim in a fair manner;[13] failed to explain to Plaintiff the reason for

---

[3]  *See*, Petition at p. 3, ¶11.
[4]  *See*, Petition at p. 3, ¶12.
[5]  *See*, Petition at p. 3, ¶12.
[6]  *See*, Petition at p. 3, ¶12.
[7]  *See,* Petition at p. 3, ¶13.
[8]  *See*, Petition at p. 3, ¶14.
[9]  *See*, Petition at p. 3, ¶15.
[10] See, Petition at p. 3, ¶17.
[11] See, Petition at p. 4, ¶18.
[12] *See*, Petition at p. 4, ¶22.
[13] *See,* Petition at p. 4, ¶22.

their offer of an allegedly inadequate settlement;[14] and failed to affirm or deny coverage of Plaintiff's claim within a reasonable time.[15]

6. Travelers does not admit the underlying facts as alleged by Plaintiff in the Petition or as summarized above. Travelers expressly denies it has any liability to Plaintiff.

7. This Notice of Removal is filed within 30 days of service of the Petition and is, therefore, timely under 28 U.S.C. § 1446 (b).

## DIVERSITY JURISDICTION

8. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332 (a), and this matter is therefore removable to this Court pursuant to 28 U.S.C. § 1441 (a), because there is complete diversity of citizenship among the relevant parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.[16] Plaintiff is a citizen of the state of Texas, and Travelers is a Connecticut corporation with its principal place of business in Connecticut. Consequently, there is complete diversity of citizenship.

9. The amount in controversy exceeds the jurisdictional minimum of $75,000 set by 28 U.S.C. § 1332 (a). In the Petition, Plaintiff "seeks monetary relief over $200,000 but not more than $1,000,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees."[17] Plaintiffs also seek additional and consequential damages, interest, exemplary damages, statutory trebling of damages, and attorneys' fees.[18] Attorneys'

---

[14] *See,* Petition at p. 1, ¶2.
[15] *See,* Petition at p. 5, ¶22.
[16] *See*, Petition at p. 2, ¶7.
[17] *Id.*
[18] *See,* Petition at p. 5-7, ¶¶19-29 and "Prayer."

fees and penalties may be included as part of the amount in controversy for jurisdictional purposes.[19]

## REMOVAL PROCEDURE

10. The clerk of the 129th Judicial District Court of Harris County, Texas has been provided notice of this Removal.

11. The following exhibits are attached hereto and incorporated herein by reference:

    a. Index of matters being filed;

    b. List of all parties and counsel of record; and

    c. Certified copies of all pleadings, process, and orders served upon defendants.

## CONCLUSION

12. Based on the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this Notice of Removal, Travelers hereby removes this case to this Court for trial and determination.

    Respectfully submitted,

    */s/ LaDonna G. Schexnyder*
    LaDonna G. Schexnyder
    Attorney-in-Charge
    Texas Bar No.: 24072938
    Federal ID No. 1096795
    LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
      A LAW CORPORATION
    801 Travis Street, Suite 1800
    Houston, Texas 77002
    Telephone: (713) 222-1990

---

[19] *See, H&D Tire & Automotive-Hardware, Inc. v. Pitney Bowes, Inc.*, 227 F.3d 326, 330 (5th Cir. 2000).

Facsimile: (713) 222-1996
lschexnyder@lawla.com

ATTORNEY-IN-CHARGE FOR TRAVELERS
HOME AND MARINE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above pleading has been forwarded via electronic filing and/or facsimile, on this the 16th day of September, 2019 to:

| | |
|---|---|
| Anthony G. Buzbee | Stephen R. Walker |
| tbuzbee@txattorneys.com | swalker@manuelsolis.com |
| Christopher J. Leavitt | Gregory J. Finney |
| cleavitt@txattorneys.com | gfinney@manuelsolis.com |
| THE BUZBEE LAW FIRM | Juan A. Solis |
| JP Morgan Chase Tower | jusolis@manuelsolis.com |
| 600 Travis, Suite 6580 | LAW OFFICES OF MANUEL SOLIS, PC |
| Houston, Texas 77002 | 6657 Navigation Blvd. |
| | Houston, Texas 77011 |

*/s/ LaDonna G. Schexnyder*
LaDonna G. Schexnyder